UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UCHECHUKWU EGBUJO, : | CIVIL ACTION NO: |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| JACKSON LEWIS P.C. : | |
| Defendant : | OCTOBER 29, 2021 |
| : | |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Jackson Lewis P.C. respectfully states:

1. On or about October 6, 2021, an action was commenced against Defendant in the Superior Court for the Judicial District of Hartford, in the State of Connecticut, entitled Uchechukwu Egbujo v. Jackson Lewis P.C., bearing Docket No. HHD-CV21-6148079-S, with the service of a Summons, Complaint, and Statement of Amount in Demand. Copies of all process, pleadings and orders served upon Defendant in said action are annexed hereto as Exhibit A.

2. The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

3. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4. The Complaint alleges that Plaintiff is a resident of South Carolina.

5. Defendant Jackson Lewis P.C. is incorporated in the Commonwealth of Pennsylvania, with its principal place of business in West Harrison, New York.

6. There are no other defendants in this case.

7. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

8. Defendant received the initial proceedings setting forth the claim for relief upon which this action is based on October 5, 2021, and therefore this Petition for Removal is filed with this Court within thirty (30) days of such receipt, as computed under Fed. R. Civ. P. 6(a).

WHEREFORE, Defendant respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Hartford, be removed to this Court.

DEFENDANT,
JACKSON LEWIS P.C.

By: */s/ James F. Shea*
James F. Shea (ct 16750)
james.shea@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

**CERTIFICATION OF SERVICE**

I hereby certify that on October 29, 2021, a copy of the foregoing was served by first class mail, postage prepaid on Plaintiff's counsel of record:

>Clifford S. Thier
>Thier Law Offices, LLC
>1007 Farmington Avenue
>West Hartford, CT 06107
>cliffthier@thierlaw.com

>/s/ James F. Shea
>James F. Shea